HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 5:16-po-00047-JLT |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT'S MOTION TO EXONERATE CASH BOND; [PROPOSED] ORDER** |
| vs. | ) | (Doc. 34) |
| ROBERT AGUIRRE, | ) | |
| Defendant. | ) | |

    Our office has been informed that Defendant Robert Aguirre passed away.

    On April 19, 2016, the Court ordered Mr. Aguirre released on his own recognizance and ordered to post a cash bond with the Clerk's Office in the amount of $2,000.00 within 14 days. The $2,000.00 cash bond was to be the total bond posted for defendant's case Nos. 5:16-po-00047-JLT and 5:16-po-00121-JLT:

| 04/19/2016 | 11 | MINUTES (Text Only) for proceedings before Magistrate Judge Jennifer L. Thurston: INITIAL APPEARANCE RE CVB VIOLATION NOTICE 4422154 as to Robert L. Aguirre held on 4/19/2016. True name stated as charged. Oral motion for appointment of counsel by defendant (CJA 23 rec'd)- So Ordered, Attorney Alekxia Torres (Initial Appearance Only) appointed. Defendant advised of rights, charges, maximum penalties. NOT GUILTY PLEA entered as to all counts. Defendant CONSENTED to Magistrate Judge jurisdiction; reserved right to a jury trial. Discovery/Reciprocal Discovery requested- SO ORDERED; discovery to be provided within 14 days. Government to file Information by 4/29/2016. Preliminary Examination / Initial Appearance on Information set for 5/3/2016 at 09:00 AM at the United States Courthouse, 510 19th Street (JLT), |
|---|---|---|

| | Bakersfield, before Magistrate Judge Jennifer L. Thurston. DETENTION HEARING held; the Government does not seek detention, but requests a cash bond be posted in light of prior failures to appear; defendant has no objection to posting a bond; Defendant ORDERED RELEASED on O/R and ORDERED to post a cash bond with the Clerk's Office in the amount of $2,000.00 within 14 days. The $2,000.00 cash bond will be the total bond posted for defendant's case nos. 5:16-po-00047-JLT and 5:16-po-00121-JLT. Defendant is released pending posting of the bond. Defendant ORDERED to comply with all federal, state and local laws, and ORDERED to appear at Preliminary Examination / Initial Appearance on Information set for 5/3/2016 at 09:00 AM. Government Counsel: K. Borchard (telephonic) present. Defense Counsel: A. Torres present. Custody Status: (C)- No Restraints. Court Reporter/CD Number: ECRO/FTR (Hall). (Hall, S) (Entered: 04/20/2016) |
|---|---|

Mr. Aguirre's sister, Annette Aguirre posted Mr. Aguirre's cash bond and is now requesting that bail be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

| 05/17/2016 | RECEIPT number CAE100032543 for $1,000.00 Cash Bond fbo Robert L. Aguirre from Annette Aguirre. (Flores, E) (Entered: 05/17/2016) |
|---|---|

Mr. Aguirre's case has resolved and therefore, it is requested that the cash be returned to Ms. Annette Aguirre.

                                                      Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

Date: September 29, 2016          */s/ Megan T. Hopkins*
                                                      MEGAN T. HOPKINS
                                                      Assistant Federal Defender
                                                      Attorney for Defendant

///

///

///

///

///

///

///

**ORDER**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned cases and return the posted cash to Ms. Annette Aguirre.

The Court's financial department shall contact the Federal Defender to obtain Ms. Aguirre's current address.

IT IS SO ORDERED.

Dated: __September 29, 2016__            __/s/ Jennifer L. Thurston__
                                                              UNITED STATES MAGISTRATE JUDGE